JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES *ex rel.* JAMES DYE, <br><br> Plaintiff, <br><br> v. <br><br> MAG INSTRUMENT, INC., <br><br> Defendant. | Case No. CV 10-8814-JFW (PLAx) <br><br> **FINAL JUDGMENT** <br><br> COURT: JUDGE WALTER <br> (Ctrm 16, Spring Street) |

Defendant moved to dismiss Plaintiff's First Amended Complaint pursuant to F. R Civ. P. 12(b)(1) and (6), 8(a)(2) and 9(b), the motion came before Judge John F. Walter, and, for the reasons set forth in the Court's Minute Order dated June 21, 2011, the following decision was reached:

It is ORDERED AND ADJUDGED that the Plaintiff recover nothing and that the action be dismissed on the merits and with prejudice. (Costs have been separately settled between the parties.)

Dated: June 29, 2011

_____
U.S. DISTRICT COURT JUDGE

1